UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANK RICHARD CORONEL,<br><br>Plaintiff,<br><br>v.<br><br>HAVARD,<br><br>Defendant. | No. 2:24-cv-03087-DC-JDP (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 11) |

Plaintiff Hank Richard Coronel is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 24, 2025, the assigned magistrate judge issued findings and recommendations recommending this action be dismissed, without prejudice, due to Plaintiff's failure to exhaust available administrative remedies. (Doc. No. 11.) Specifically, although Plaintiff filed administrative complaints prior to filing this action, his requests are still pending, and thus he did not exhaust available administrative remedies as is required. (*Id*. at 3.)

The pending findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id*. at 4.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

1

1      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on April 24, 2025 (Doc. No. 11) are ADOPTED in full;

2. Plaintiff's first amended complaint (Doc. No. 10) is dismissed without prejudice for failure to exhaust administrative remedies; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**June 24, 2025**__                        _____
                                                    Dena Coggins
                                                    United States District Judge